IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JERRA V. BOWDEN | : | CIVIL ACTION |
| v. | : | NO. 16-1272 |
| DB SCHENKER | : | |

## ORDER

**AND NOW,** this 25th day of July 2016, upon consideration of Defendant's Motion to Dismiss the Complaint (ECF Doc. No. 7), Plaintiff's Opposition (ECF Doc. No. 13), Defendant's Reply (ECF Doc. No. 14), following extensive oral argument, and for reasons in the accompanying Memorandum, it is **ORDERED** Defendant's Motion (ECF Doc. No. 7) is **GRANTED** as Plaintiff has not stated claims for misappropriation of ideas, unjust enrichment or *quantum meruit* under Pennsylvania Law.

The Clerk of Court shall **close** this case.

KEARNEY, J.